# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Natasha D. Moore,**  
  Debtor.

Case No.:  24–40070–EJC

Judge:  Edward J. Coleman III

Chapter:  13

### *NOTICE OF MODIFICATION OF PLAN BEFORE CONFIRMATION*

On January 31, 2024 , the above–captioned Debtor filed a modification of the plan, a copy of which will be sent to you by the debtor in a separate mailing.

Pursuant to 11 U.S.C. § 1323(c), "[a]ny holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provides for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection."

THE HEARING ON CONFIRMATION IS ASSIGNED/REASSIGNED FOR:

*April 4, 2024, at 09:00 AM*  
*124 Barnard Street, 2nd Floor Hearing Room, Savannah, GA 31401*

At the confirmation hearing the Court will conduct a hearing on the modified plan and any motions included therein. Objections to the modified plan and to any motions included in the modified plan shall be filed seven days prior to the hearing date shown above, pursuant to Fed. R. Bankr. P. 3015(f).

*Dana M. Wilson, Clerk*  
United States Bankruptcy Court  
124 Barnard Street, 2nd Floor  
P.O. Box 8347  
Savannah, GA 31412

Dated **January 31, 2024**

*13–39[Rev. 03/22]* **LLE**