# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **In re:**<br><br>**NATASHA D. MOORE**<br><br>**Debtor** | **Chapter 13**<br>**Case No. 24-40070-EJC** |

## NOTICE OF WITHDRAWAL OF OBJECTION

Creditor Gateway Community Services, by and through its undersigned counsel, hereby gives notice of the withdrawal of the document filed as "Creditor Gateway Community Service's Objection to Confirmation of Debtor's Chapter 13 Plan" (Docket No. 22). This document was filed on March 27, 2024. The withdrawal of this document is made without prejudice, and Gateway Community Services reserves the right to file any future objections or other pleadings as it deems necessary.

Dated:  July 26, 2024.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Brian S. Goldberg*
Brian S. Goldberg
Georgia Bar No. 128007

*Attorney for Creditor*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
Telephone: (770) 818-0000
E-mail: brian.goldberg@fmglaw.com

1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **In re:** | **Chapter 13** |
| **NATASHA D. MOORE** | **Case No. 24-40070-EJC** |
| **Debtor** | |

## CERTIFICATE OF SERVICE

I, Brian S. Goldberg, hereby certify that on July 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide electronic service to counsel for the Debtor, the Chapter 13 Trustee, the Office of the United States Trustee, and all other parties entitled to receive electronic notice in this case. I further certify that on this same date I caused a copy of the foregoing to be served via United States First Class Mail, postage prepaid, to the Debtor at the following addresses: 1107 W. 40th Street, Savannah, Georgia 31415.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Brian S. Goldberg*
Brian S. Goldberg
Georgia Bar No. 128007

*Attorney for Creditor*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
Telephone: (770) 818-0000
Facsimile: (833) 330-3669
E-mail: brian.goldberg@fmglaw.com